# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE  DIVISION

UNITED STATES OF AMERICA

v.

MOHSIN ALI

_____/

**MISDEMEANOR INFORMATION**

CASE NO. 4:05cr47-WCS

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

That on or about November 7, 2000, in the Northern District of Florida, the defendant,

**MOHSIN ALI,**

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for the office of President of the United States, in

violation of Title 18, United States Code, Section 611.

_____
GREGORY R. MILLER
United States Attorney

_____
WINIFRED L. ACOSTA-NESMITH
Assistant United States Attorney

05 SEP 26  PH 3: 25

FILED