IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.    4:05cr47-WCS

MOHSIN ALI
_____/

## GOVERNMENT'S STATEMENT OF FACTS

Concerning the Plea and Cooperation Agreement entered into by defendant MOHSIN

ALI in this case, the Government's Factual Basis for Count I is as follows:

As part of a joint investigation, the Florida Dept. of Law Enforcement and Immigrations

and Customs Enforcement learned that on or about October 22, 1991, MOHSIN ALI entered the

United States via a B-2 (visitor for pleasure) non-immigrant visa.   On or about April 21, 1992,

the visa expired and MOHSIN ALI illegally existed in the United States.

The investigation also revealed MOHSIN ALI later married a United States citizen who

filed an I130 for him to be approved as a Legal Resident Alien on or about February 24, 1998.

He became a Legal Resident Alien on or about August 25, 1999.   MOHSIN ALI claimed U.S.  _W9fSU_

citizenship on a Florida driver license application in September 1998 and registered to vote in

Tallahassee, Leon County, Florida on or about October 2, 1998.   On the voter registration,

MOHSIN ALI also claimed to be a United States citizen.

On or about November 7, 2000, MOHSIN ALI voted in the 2000 Presidential election.

FILED IN OPEN COURT THIS

**1-12-06**

CLERK, U. S. DISTRICT
COURT, NORTH, DIST. FLA.

At the time of voting, MOHSIN ALI affirmed he was a qualified voter. The voter registration clearly stated "non-U.S. citizens can not vote". The Voter Audit and History Report reflect MOHSIN ALI'S voting in the election. At the time of voting, MOHSIN ALI would have been required to present a form of identification and/or his voter registration card.

Further investigation has revealed that after MOHSIN ALI voted in the Presidential election, MOHSIN ALI surrendered his Florida driver license and corrected his (lack of ) citizenship in June 2004. On or about January 14, 2005, he surrendered his voter card, stating it was a mistake.

All of these acts occurred in the Northern District of Florida, in violation of Title 18 United States Code Section 611.

Respectfully submitted

GREGORY R. MILLER

United States Attorney

Winifred L. Acosta NeSmith
Assistant United States Attorney
Northern District of Florida
Florida Bar Number 0076333

2

The Defendant, hereby signs the Statement of Facts with the understanding that although he may not agree to every fact alleged, the Government can prove every element of the charged offenses beyond and to the exclusion of a reasonable doubt.  Defendant may present his own version of the facts supporting his pleas of guilty to the charge and satisfying the Government's burden of proof.


_____     \_\_1\-12\-06_____
Jimmy Judkins, Esq.                              Date
Judkins, Simpson, and High
Attorney for Defendant



\_\_\_\_MOHSIN ALI_____     \_\_01\-12\-06\_\_\_\_\_
*MOHSIN ALI*                                         Date
Defendant


3