<table>
<tr>
<td>

**PLEASE REPLY TO:**
**111 N. ADAMS ST, SUITE 100**
**TALLAHASSEE, FL 32301-7730**
**(850)521-3551**
**Fax (850)521-3579**

</td>
<td>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PROBATION OFFICE**

</td>
<td>

**W. STEPHEN TOWNLEY**
**CHIEF U.S. PROBATION OFFICER**
**119 N. PALAFOX STREET**
**PENSACOLA, FL 32502**
**(850)470-8200**

</td>
</tr>
</table>

March 7, 2006

James P. Judkins
Attorney at Law
P.O. Box 10368
Tallahassee, Florida 32302

RE:   **Mohsin ALI**
      **DKT # 4:05CR47-01**
      **PRESENTENCE REPORT**

Dear Mr. Judkins:

This letter accompanies the Presentence Report on the above named person, who is scheduled to be sentenced on April 11, 2006 at 10:00 a.m.  One copy of this report should be provided to and discussed with your client prior to the sentencing hearing.  **Pursuant to Rule 32(f)(1) and (2) of the Federal Rules of Criminal Procedure, any objections must be submitted in writing to the undersigned at Tallahassee, and opposing counsel, by March 21, 2006**.

The Presentence Report is herein transmitted to the U.S. Attorney's Office.

Please note that Local Rule 88.1(D) directs that, "No person shall otherwise disclose, copy, reproduce, deface, delete from or add to any report within the purview of this rule."

Sincerely yours,

*s/Janet A. Williams*
Janet A. Williams
U.S. Probation Officer

JAW/aw

Attachment: Presentence Report

cc:   Winifred L. Acosta NeSmith (w/attachment)
      Assistant U.S. Attorney

      Mr. William McCool
      U.S. District Court
      111 North Adams Street, Suite 322
      Tallahassee, Florida 32301-7717

CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE FLA.

2006 MAR -8  AM 9: 24

FILED