November 3, 2006

Re: United States v. Mohsin Ali
Case No.:      4:05cr47-01wcs

The Honorable William C. Sherrill, Jr.
Chief U.S. Magistrate Judge
U.S. District Court
111 North Adams Street
Tallahassee, Florida 32301

Your Honor,

I have lived in America since 1991. I was born and raised in Pakistan, to a good family. My father was appointed an Honorary Magistrate for life. He was a well-respected landowner. He had the title of Chaudhary, or Squire, which is only held by people of high repute and esteem.

My father sent me to the United States as a young man to have a better life. I was not even 21 years-old. I really became an adult in this country. I have spent my whole working life here and have learned the values of the United States; I hold them as my own. The United States is my country and I am proud to live and work here. I have made my life here and all I want to do is to continue to work hard and contribute to the free society of America.

Your Honor, I would like to be allowed to tell my story. Sometime in 1998 I went to renew my license at the DMV on Capital Circle. I was issued my Driver's License. The clerk at the window asked me if I wanted to register to vote. When I received the Voter Registration Form, I saw that it asked if I was a Florida Resident and a U.S. Citizen. I told the clerk that I was a Florida Resident, but that I was not a U.S. Citizen, that only my wife was a U.S. Citizen. The clerk told me that because my wife was an American Citizen, I could register to vote. She mentioned something about a Grandfather-basis. The clerk represented authority to me. I believed that she should know the rules, because she worked there and she approved me, so I trusted her words and signed the form. Later I received the registered voter card.

In the year 2000, since I had the Voter's ID, and I thought I was eligible to vote, I went to the precinct and cast my vote. I did not believe that I was committing a crime. Voting in that Presidential Election did not give me any tangible benefits. It did not help me get a loan, buy a car, buy a home, open a business, obtain a mortgage, or allow me to travel across the country or the world. I was already a Legal Permanent Resident which allowed me to do all those things. I have no political affiliation, never attended any political meetings or supposed any political party, either by participation or with monetary contributions.

I never intended to violate the law. I had my first driver's license issued in 1991 and had never sought to register to vote until I was offered to do it by someone in a position of authority. It was all an honest mistake, and I took full responsibility for my mistake. I pleaded guilty to the charge and I know now that I should have known better than to trust what I was told. When I found out that I did not in fact have the right to vote, I went to the office of the Supervisor of Elections at 301 South Monroe Street in Tallahassee, Florida, and informed them of the error. That was the only time I ever went over to the voter's registration office. I requested to have the privileges removed and I withdrew my voter's registration. I did this because I wanted to make every effort to rectify the mistake and to do what was right. Eight months after I withdrew the registration, and two months before the statue of limitations ran out, I was charged with a misdemeanor that could get me deported

Because of the mistake, my life is now on hold. I am paying a heavy price. I am subject to deportation, forced to leave the county that that I love and has been my home for the past fifteen years. I have been married for ten years. Although my wife and I have had some difficulties in our marriage, the only thing that is preventing reconciliation is my wife's fear that I will be deported, because she does not want to have to move to Pakistan, as it would be unsafe for her. The uncertainty of my situation is unbearable.

I know I cannot change the past. I now know that I violated a law prohibiting non-US. Citizens from voting, and I truly thank you for your leniency at sentencing. I know it could have been a lot heavier of a sentence. This time I beg for you to intercede on my behalf with the Immigration authorities by giving me a judicial recommendation. I am 35 years old. I am in bad health. I take medication for high blood pressure and I have an enlarged heart. The stress of these judicial proceedings and of the possibility of an order of deportation is hard to bear, especially as my whole life is here in the United States.

Before this mistake I have had no criminal history in the past and I am not a threat to America. If I am allowed to continue to live here in the United States and continue to consider it my country, I assure you that I will be a valuable and hard-working member of this society. I believe I deserve a second change. I will not break your trust.

Respectfully,

Mohsin Ali
Mohsin Ali