IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE  DIVISION


UNITED STATES OF AMERICA

v.

                                   **CASE NO.  4:05cr47-WCS**

MOHSIN ALI

                                              /


## GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR JUDICIAL RECOMMENDATION IN DEPORTATION PROCEEDING

Comes now the United States by and through the undersigned Assistant U. S. Attorney and files this Response to Defendant's Request for Judicial Recommendation in Deportation Proceeding[1].   The Government responds:

Although Judicial Recommendations Against Deportation (JRAD), under former INA Section 241(b), Title 8 United States Code Section 1251(b) has been abolished, this court is not believed to be prohibited from making a judicial recommendation in this matter.   However, any such recommendation is not legally binding on the Immigration Court.

In an attempt to provide additional information which the court might want to consider in this matter, the Government would respectfully request an extension of time to file an affidavit by SA Charlie McCall, Immigration and Customs Enforcement detailing a criminal investigation involving the defendant conducted by ICE and FDLE's Domestic Security Task Force.   Due to the holidays, the Government feels that a week would be adequate time to file said affidavit.

---

[1]The undersigned was in court most of the day yesterday and inadvertently failed to timely file this response.  The Government apologizes for the one day delay in filing this response.

WHEREFORE, the Government requests that the court allow the Government until Tuesday, November 28, 2006 to file said affidavit for the court's consideration.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

s/Winifred L. Acosta NeSmith
WINIFRED L. ACOSTA NESMITH
Assistant United States Attorney
FL Bar No. 0076333
111 N. Adams Street, 4th Floor
Tallahassee, Florida 32301

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Response was furnished via First Class mail on this 21st day of November, 2006, to the following:

Jimmy Judkins, Esq.
Judkins, Simpson, and High
1102 N. Gadsden Street
Tallahassee, FL 32303

Mohsin Ali
4533 Highgrove Rd
Tallahassee, FL 32309

s/Winifred L. Acosta NeSmith
WINIFRED L. ACOSTA NESMITH
 Assistant United States Attorney