IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                                       CASE NO. 4:05cr47-WCS

**MOHSIN ALI,**

    Defendant.

_____/

## O R D E R

Upon consideration of Defendant's letter, attached to doc. 20, and the Government's response, doc. 23 (under seal), it is **ORDERED** that Defendant's request, doc. 20, is **DENIED**.

**DONE AND ORDERED** on November 29, 2006.

                s/   William C. Sherrill, Jr.
                WILLIAM C. SHERRILL, JR.
                UNITED STATES MAGISTRATE JUDGE