# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

**vs.**                                                    **CASE NO. 4:05cr47-WCS**

**MOHSIN ALI,**

    **Defendant.**

                           /

## ORDER DENYING REQUEST TO TRAVEL

Upon consideration of Defendant's motion for permission to travel to Pakistan,

the Government's response, and the report of the supervising probation officer, it is

**ORDERED** that Defendant's motion for permission to travel to Pakistan, doc. 25, is

**DENIED**.

    **DONE AND ORDERED** on June 28, 2007.


                                   **s/   William C. Sherrill, Jr.**
                                   **WILLIAM C. SHERRILL, JR.**
                                   **UNITED STATES MAGISTRATE JUDGE**