NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                   Crim. No. 4:05CR47-01

Mohsin Ali

On April 11, 2006, the above named was placed on Probation for a period of two (2) years. He has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Mohsin Ali be discharged from Probation.

Respectfully submitted,

Travis Brogdon
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation on march 19 2008 and that the proceedings in the case be terminated on March 19, 2008.

Date this 31st day of January, 2008.

William C. Sherill, Jr.
Chief United States Magistrate Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 JAN 31 PM 2: 49

FILED